**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-2224**

_____

RICHARD J. KWASNY; JILL W. KWASNY; RONALD WISLA,

        Plaintiffs - Appellants,

    v.

NEWREZ LLC,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  Terrence W. Boyle, District Judge.  (2:24-cv-00012-BO-RN)

_____

Submitted:  October 30, 2025                    Decided:  November 3, 2025

_____

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Richard J. Kwasny, Jill W. Kwasny, Ronald Wisla, Appellants Pro Se.  Steven Hix, Jonathan Edward Schulz, BRADLEY ARANT BOULT CUMMINGS LLP, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard J. Kwasny, Jill W. Kwasny, and Ronald Wisla appeal the district court's order granting Defendant's Fed. R. Civ. P. 12(b)(6) motion and dismissing their civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Kwasny v. NewRez LLC*, No. 2:24-cv-00012-BO-RN (E.D.N.C. Nov. 8, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*